UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KRUSE, ) | NO. CV 08-01769 GW (SS) |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING FINDINGS,** |
| ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| C. ZARATE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 10, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2