# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT KRUSE, | ) | NO. CV 08-01769 GW (SS) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| C. ZARATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 10, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE